```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3126 |
| v. | ) | |
| | ) | |
| VIRGIL G. APODACA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Upon the reassignment of this case to United States Senior District Judge Warren K. Urbom,

IT IS ORDERED:

1. Trial is reset for December 11, 2006 at 9:00 a.m. for a duration of three trial days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. All other provisions of the court's earlier progression order remain in effect.

DATED this 26th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge