IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGIL G. APODACA, | ) | ORDER GRANTING MOTION TO SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

     By this order I will grant the government's Motion to Seal, filing 37, even though in my Order on Rule 35(b) Motion, filing 36, authority was granted to file under seal the Statement of Position.

     IT IS ORDERED that the Motion to Seal, filing 37, by United States of America, by and through the United States Attorney, is granted. The Government's Statement of Position shall remain sealed until further order of the court.

     Dated January 29, 2008.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge